**LITTLER MENDELSON, P.C.**
Keith J. Rosenblatt (016631997)
krosenblatt@littler.com
Anastasia Stylianou (198022017)
astylianou@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
Attorneys for Defendant
*Amazon.com Services LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KARIM ASSAF,<br><br>                Plaintiff,<br><br>vs.<br><br>AMAZON,<br><br>                Defendant. | Civil Action No.  2:25-cv-16966<br><br><br>**NOTICE OF REMOVAL** |

**TO:    THE CLERK AND THE HONORABLE JUDGES**
**OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Defendant Amazon.com Services LLC ("Amazon" or "Defendant")[1] hereby files this

Notice of Removal of the above-captioned action to the United States District Court for the District

of New Jersey from the Superior Court of New Jersey, Middlesex County, where the action is now

pending, as provided by Title 28, United States Code, Chapter 89, and states:

1.    *Pro se* plaintiff Karim Assaf ("Plaintiff"), purporting a residency in New York,

commenced this action against Defendant on September 8, 2025 by filing a Complaint in the

Superior Court of New Jersey, Law Division, Middlesex County, captioned "*Karim Assaf v.*

---

[1] Defendant is sued herein incorrectly as "Amazon."

*Amazon*" and bearing Docket No. MID-L-006502-25 ("the State Court Action"). The State Court Action is now pending in that court.

2.      Plaintiff served the Summons and Complaint on Defendant on September 30, 2025. Defendant files this Notice of Removal within 30 days of that date, as required by 28 U.S.C. § 1446(b).

3.      A copy of all process, pleadings, and orders served upon Defendant in the State Court Action is collectively attached hereto as **Exhibit A**, pursuant to 28 U.S.C. § 1446(a).

4.      The State Court Action is between citizens of different states and is a civil action over which the district courts of the United States have original jurisdiction by virtue of diversity jurisdiction granted by 28 U.S.C. § 1332.

5.      Specifically, Plaintiff is a former employee of Defendant. (*See* Ex. A, Complaint, ¶ 1).  Upon information and belief, he is a citizen of New York, as he states he resides at an address in Whitestone, New York and provides a New York telephone number. (*See* Ex. A, Complaint, at pp. 3, 5. Further, his last known address, according to Defendant's personnel records for him, is in Whitestone, New York. *Washington v. Hovensa LLC*, 652 F.3d 340, 344 (3d Cir. 2011) (citizenship is determined by domicile); *Krasnov v. Dinan*, 465 F.2d 1298, 1300 (3d Cir. 1972) ("Where one lives is prima facie evidence of domicile.").

6.      A limited liability company's citizenship for purposes of diversity jurisdiction is the citizenship of its members. *Zambelli Fireworks Mfg. Co., Inc. v. Wood*, 592 F.3d 412, 420 (3d Cir. 2010). Amazon is a limited liability company formed under the laws of the State of Delaware. Its sole member, Amazon.com Sales, Inc., is a Delaware corporation with its principal place of business in Seattle, Washington. Amazon is thus a citizen of Washington and Delaware. *Id.; Hertz Corp. v. Friend*, 559 U.S. 77 (2010).

7.      Accordingly, complete diversity is established between Plaintiff and Defendant because Plaintiff and Defendant are citizens of different states.

8.      The matter in controversy in the State Court Action exceeds the sum or value of $75,000, exclusive of interest and costs, *see* 28 U.S.C. § 1332(a), computed on the following basis:

(a)      Plaintiff claims $18,200,000 in damages. (*See* Ex. A, Complaint, ¶ 3).

(b)      In the Complaint, Plaintiff attempts to allege a claim for disability discrimination but does not specify what law he means to invoke and does not distinguish between different categories of available damages. Since he filed in New Jersey state court and claims to have worked in New Jersey (*see* Ex. A, Complaint, ¶ 1), Defendant presumes Plaintiff seeks relief under the New Jersey Law Against Discrimination ("NJLAD"), which provides for damages, as relevant here, in the form of back and front pay, emotional distress, and punitive damages. *See* N.J.S.A. §§ 10:5-2, 10:5-13; *Curro v. HD Supply, Inc.*, Civ. No. 19-19198, 2020 WL 3496955, at *4 (D.N.J. June 29, 2020).

(c)      According to a reasonable reading of the Complaint and a preponderance of the evidence, Plaintiff's demand, and thus the amount in controversy, is in excess of $75,000, exclusive of interest and costs.  *See Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014); *Angus v. Shiley, Inc.*, 989 F.2d 142, 146 (3d Cir. 1993) (where plaintiff does not set a limit for damages, the court should make a reasonable reading of the value of the claim plaintiff has asserted and come to an independent valuation of the amount plaintiff has claimed).

(d)      Plaintiff alleges that Amazon terminated him on "8/29/29." (Exhibit A, Complaint, ¶ 1). That date is a typographical error. Plaintiff's employment with Amazon ended on August 30, 2025. His average pay was $653.92 per week, or the equivalent of approximately $2,833.65 per month or $34,000 annually. Accordingly, Plaintiff's purported gross lost wages to

date exceed $5,231.36. Assuming trial in July 2028, approximately 32 months from the filing of this Notice of Removal, Plaintiff's gross lost wages would exceed $90,676.80 from the time of his termination through trial.[2]

(e)       To the extent Plaintiff has not obtained employment and seeks front pay or future lost earnings, such amounts are available under the NJLAD and must be added to the amount in controversy. *Curro*, 2020 WL 3496955 at *4.

(f)       Damages for alleged emotional harm are recoverable under the NJLAD and are considered for the amount in controversy. *Angus*, 989 F.2d at 146 (recognizing that claims for damages for emotional distress should be included in determining whether the jurisdictional amount is met). Courts have upheld "garden variety" awards for emotional distress damages in excess of $75,000. *See, e.g., Klawitter v. City of Trenton*, 395 N.J. Super. 302 (App. Div. 2007) (in race discrimination case, court upheld a garden variety emotional distress damages award of $79,000).

(g)       The availability of punitive damages under the NJLAD further augments the amount in controversy. "The Court must consider the plaintiff's demand for punitive damages when calculating the amount in controversy and can aggregate these damages with the requested compensatory damages." *See Goralski v. Shared Techs., Inc.*, Civil Action No. 09-2461 (KSH), 2009 WL 2460752, at *5 (D.N.J. Aug. 7, 2009); *see also Packard v. Provident Nat'l Bank*, 994 F.2d 1039, 1046 (3d Cir. 1993) (noting that when punitive damages are recoverable, they are properly considered in determining whether the jurisdictional amount has been satisfied).

---

[2] According to the Federal Judicial Caseload Statistics published as of March 31, 2025, the median time interval from filing to disposition at trial for civil cases in the District of New Jersey is 32.8 months. *See* Federal Judicial Caseload Statistics, U.S. District Courts – Median Time from Filing to Disposition of Civil Cases, by Action Taken (March 31, 2023), available at https://www.uscourts.gov/report-names/federal-judicial-caseload-statistics).

(h)     Accordingly, the amount in controversy exceeds the jurisdictional minimum of $75,000, exclusive of interest and costs.  *See* 28 U.S.C. § 1332(a).

9.     This Notice of Removal has been filed in the United States District Court for the District of New Jersey, the district court of the United States for the district and division within which the State Court Action is pending, as required by 28 U.S.C. §§ 1441(a) and 1446(a).

10.     Upon filing of the Notice of Removal, Defendant gave written notice of same to Plaintiff, proceeding *pro se*, at 162-21 Powells Cove Blvd., #3L, Whitestone, New York 11357, and filed copies of the Notice of Removal with the Clerk, Superior Court of New Jersey, Law Division, Middlesex County, pursuant to 28 U.S.C. §1446(d).

11.     By filing the Notice of Removal, Defendant does not concede Plaintiff is entitled to any damages or waive any defenses available to it at law, in equity, or otherwise.

WHEREFORE, Defendant respectfully requests that this action proceed in this Court as an action properly removed to it.

Dated: October 28, 2025

**LITTLER MENDELSON, P.C.**
Attorneys for Defendant
Amazon.com Services LLC


By:    */s/ Keith J. Rosenblatt*
            Keith J. Rosenblatt
            Anastasia Stylianou

5

# Exhibit A

## Form A

**Plaintiff or Filing Attorney Information:**

Name  KARIM ASSAF

NJ Attorney ID Number _____

Address  162-21 POWELLS COVE BLVD #3L

_____

Email Address KARIMASSAF@GMAIL.COM

Telephone Number (917) 741-8722   ext. _____

<table>
<tr><td></td><td>SUPERIOR COURT<br>MIDDLESEX COUNTY<br>RECEIVED & FILED<br><br>SEPT 8 2025<br><br>CIVIL DIVISION</td></tr>
</table>

Superior Court of New Jersey

CIVIL  Division Middlesex  ⌄ County

NEW BRUNSWICK ___ Part

KARIM ASSAF _____,

Plaintiff,

v.

AMAZON _____,

Defendant(s).

Docket No: _____

(to be filled in by the court)

Civil Action

**Complaint**

Plaintiff, KARIM ASSAF _____, residing at: 162-21 POWELLS COV BVLD #3L,
City of _____, County of _____, State of New Jersey,
complaining of defendant, states as follows:

1. On 08/29/29 _____, 20___, AMAZON _____, Defendant:
   (Summarize what happened that resulted in your claim against the defendant.  Use additional pages if necessary.)
   ON THE ABOVE MENTIONED DATE PLAINTIFF KARIM ASSAF WAS FIRED BY THE DEFENDENT AMAZON BECAUSE I HAPPEN TO BE A SCHIZOPHRENIC (I STATED THAT I HAD A DISABILITY WHEN I APPLIED FOR THE JOB) AND ASKED THE COMPANY FOR AN ACCOMMODATION REQUEST WHICH THEY REFUSED TO GRANT AND ENDED UP FIRING ME FOR DISCRIMINATION PURPOSES; MY CIVIL RIGHTS WERE VIOLATED.

   The defendant in this action resides at:
   2170 NJ-27, Edison, NJ 08817 _____, in the county of
   Middlesex ⌄ , State of New Jersey.

2. Plaintiff is entitled to relief from defendant under the above facts.

3. The harm that occurred as a result of defendant's acts include: (list each item of damage and injury)
   1. CIVIL RIGHTS VIOLATION (DISCRIMINATION) : $18,200,000
   _____
   _____
   _____

Revised 08/15/2022, CN 10553
Revised 08/15/2022, CN 11210

## Form A

2. _____

_____

_____

_____

_____

3. _____

_____

_____

_____

_____

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

09/08/2025
Dated

Signature KARIM ASSAF

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

09/08/2025
Dated

Signature KARIM ASSAF

**OPTIONAL:  If you would like to have a judge decide your case, do not include the following paragraph in your complaint.  If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.**

## JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated

Signature



# New Jersey Judiciary
## Civil Practice Division
# Civil Case Information Statement (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1.
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the
black bar is not completed, or attorney's signature is not affixed.

| For Use by Clerk's Office Only | | | | |
|---|---|---|---|---|
| Payment type □ check<br>□ charge<br>□ cash | Charge/Check Number | Amount<br>$ | Overpayment<br>$ | Batch Number |

| Attorney/Pro Se Name<br>KARIM ASSAF | Telephone Number<br>(917) 741-8722    ext. | County of Venue<br>Middlesex |
|---|---|---|

| Firm Name (if applicable) | Docket Number (when available) |
|---|---|

| Office Address - Street<br>162-21 POWELLS COVE BLVD #3L | City<br>WHITESTONE | State<br>NY | Zip<br>11357 |
|---|---|---|---|

| Document Type<br>COMPLAINT | Jury Demand<br>□ Yes    ■ No |
|---|---|

| Name of Party (e.g., John Doe, Plaintiff)<br>KARIM ASSAF, PLAINTIFF | Caption<br>KARIM ASSAF v. AMAZON |
|---|---|

Case Type Number (See page 3 for listing)    <u>005</u>

| | | |
|---|---|---|
| Are sexual abuse claims alleged? | □ Yes | ■ No |
| Does this case involve claims related to COVID-19? | □ Yes | ■ No |
| Is this a professional malpractice case? | □ Yes | ■ No |

If "Yes," see N.J.S.A. 2A:53A-27 and applicable case law
regarding your obligation to file an affidavit of merit.

| Related Cases Pending? | □ Yes | ■ No |
|---|---|---|
| If "Yes," list docket numbers | | |

| Do you anticipate adding any parties (arising out of same transaction or occurrence)? | □ Yes | ■ No |
|---|---|---|

| Name of defendant's primary insurance company (if known) | □ None | ■ Unknown |
|---|---|---|

Revised Form Promulgated by 12/02/2024 Notice to the Bar, (effective 12/02/2024), CN 10517 (Appendix XII-B1)    page 1 of 4

| The Information Provided on This Form Cannot be Introduced into Evidence. |
|---|
| Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation |

| Do parties have a current, past or recurrent relationship? | ☐ Yes | ☐ No |
|---|---|---|

If "Yes," is that relationship:

☒ Employer/Employee          ☐ Friend/Neighbor          ☐ Familial          ☐ Business

☐ Other (explain) _____

| Does the statute governing this case provide for payment of fees by the losing party? | ☐ Yes | ■ No |
|---|---|---|

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition.

PLAINTIFF KARIM ASSAF IS SCHIZOPHRENIC, WHICH MEANS I TALK BY MYSELF AND IN MY CASE I TALK BY MYSELF FOR UPWARDS OF 15 HOURS PER DAY.  THAT SAID, ALL HEARINGS MUST BE IN WRITING.

♿  Do you or your client need any disability accommodations?          ■ Yes          ☐ No
   If yes, please identify the requested accommodation:
   SEE ABOVE

   Will an interpreter be needed?          ☐ Yes          ■ No
   If yes, for what language?

I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

Attorney/Self-Represented Litigant Signature: _____Karim Assaf_____



**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

# CIVIL RIGHTS COMPLAINT FORM

The United States Attorney's Office, in coordination with the Civil Rights Division of the United States Department of Justice, is charged with enforcing the federal civil rights laws throughout the District of New Jersey. The Office therefore readily receives information that brings to its attention possible violations of federal civil rights laws. The United States Attorney's Office is primarily a legal office and not an investigative agency. This Office will determine if your complaint raises a potential violation of federal civil rights laws that would be within the jurisdiction of this Office to investigate, or should be referred to another agency for investigation or other action.

Date 09/04/2025

| Person filing complaint: | Person/Entity you are filing complaint about: |
|---|---|
| KARIM ASSAF | DUNKIN DONUTS |
| Name | Name |
| 162-21 POWELLS COVE BLVD #3L | 490 U.S. Rte 1 |
| Address | Address |
| | |
| City, State, Zip | City, State, Zip |
| WHITESTONE NY, 11357 | EDISON NJ, 08817 |
| Day Time Phone | Day Time Phone |
| 917-741-8722 | (732) 777-0370 |
| E-mail | E-mail |
| KARIMASSAF@GMAIL.COM | |
| Best method and time for contact | Best method and time for contact |

**Nature of alleged civil rights violation (please check area that applies to your complaint):**

☐ Abortion Clinic Access
☐ Credit/Lending Opportunities
☑ Disability Rights or Access
☐ Educational Opportunities
☐ Employment Discrimination
☐ Hate Crime

☐ Housing Discrimination
☐ Human Trafficking
☐ Law Enforcement Misconduct
☐ Military/Veteran Status
☐ Prisoner or Institutionalized Person Rights
☐ Religious Land Use

☐ Voting Rights
☐ Other:_____

**What do you believe was the reason for the discrimination?:**

☑ Disability    ☐ National Origin    ☐ Race    ☐ Religion    ☐ Sexual Orientation
☑ Other _____

**Describe the civil rights violation that you would like to bring to the attention of the U.S. Attorney's Office. Include as much information as possible, including the date, place, nature of incident and contact information for any witnesses (please include copies of supporting documentation, but do not send original documents):**

I WAS DISCRIMINATED UPON TWICE ALREADY INSIDE DUNKIN DONUTS AND WAS TOLD TO LEAVE EVEN THOUGH I TOLD

THE STAFF I WAS SCHIZOPHRENIC, WHICH MEANS I TALK BY MYSELF AND IN MY CASE, I TALK BY MYSELF FOR OVER 15+

HOURS A DAY. THAT SAID, I HAVE A RIGHT TO ENJOY DUNKIN DOONUTS EVEN AS A SCHIZOPHRENIC SO I DEMAND THE DISCRIMINATION STOP IMMEDIATELY!

[Attach additional page(s) if necessary]

**Are you represented by an attorney in this matter?** ☑ Yes ☐ No If yes, please provide name of attorney, address and phone number:

A PRO-SE LITIGANT WITH NUMEROUS LAWSUITS IN PLACE REGARDING CIVIL RIGHTS/ CIVIL LIBERTIES

**Have you filed a lawsuit concerning this matter?** ☐ Yes ☑ No If yes, please provide the case name, court in which the case was brought, and the status of the case:

I DEMAND THIS IS FIXED TODAY BEFORE A LAWSUIT COMES OUT THE DOOR

**Have you filed a complaint about this matter with any other federal, state, or government agency?** ☐ Yes ☑ No If yes, please list the agency, contact person, phone number and status of the complaint:

This Office will carefully consider the information you have provided us to determine whether a violation of the federal civil rights laws may have occurred and if so, whether this Office has enforcement authority with respect to the violation. If this Office determines that your complaint raises a potential violation of federal civil rights laws that would be within the jurisdiction of this Office to investigate and/or that further information from you is necessary for any investigation, we will contact you.

**PLEASE UNDERSTAND THAT SUBMITTING THIS COMPLAINT FORM HAS NO EFFECT ON ANY STATUTE OF LIMITATIONS OR OTHER FILING REQUIREMENTS THAT MIGHT APPLY TO ANY CLAIM YOU MAY HAVE.**

**FURTHER, BY SUBMITTING THIS CLAIM YOU HAVE NOT COMMENCED A LAWSUIT OR OTHER LEGAL PROCEEDING, AND THIS OFFICE HAS NOT INITIATED A SUIT OR PROCEEDING ON YOUR BEHALF.**

**IF YOU BELIEVE YOUR CIVIL RIGHTS HAVE BEEN VIOLATED, AND INTEND TO BRING A LAWSUIT, YOU SHOULD ALSO CONTACT A PRIVATE ATTORNEY.**

Email Form

or print and send completed complaint form and any supporting documentation to the following:

Civil Rights Complaints, Civil Division
United States Attorney's Office, District of New Jersey
970 Broad Street, Room 700
Newark, New Jersey 07102
973- 297-2010 (Fax)

855- 281-3339 (Civil Rights Complaint Hotline)

8-1-2025

To whom it may concern,

This letter is on behalf of my client Karim Assaf, who is under my care due to struggles with schizophrenia. Based on my professional assessment and ongoing treatment relationship, I am recommending extended break time as a necessary accommodation to support his continued successful employment.

Karim has been diagnosed with Schizophrenia, a chronic mental health condition that is covered under the Americans with Disability Act (ADA). This condition can significantly impact various aspects of daily functioning, including concentration, stress management, and cognitive processing.

I am requesting that my patient Karim Assaf be granted additional break time beyond the standard break schedule, specifically.

1- Extended breaks: An additional 15 minutes added to existing breaks
2-Additional short breaks: 2 additional 10-minute breaks during the work day
3- Flexible timing: The ability to take breaks as needed when symptoms arise.

Thank you for your understanding of this accommodation request. Your support in providing an inclusive work environment is greatly appreciated.

Sincerely,

Malika Bouajaj LMHC
185 Devonshire St, Suite 502
Boston. MA 02110

857-249-4607

...ncy or childbirth-related condition?
...t and has not yet given birth, please provide: expected date of delivery: __/__/__

| Activity ...substantially impacted. | Impact of Condition Provide detail whether and how the medical condition(s) substantially impact major life activities. |
|---|---|
| ...Sensory | Describe: Deficit may Effect and yet make sense making in words by disorganized speech care for self care daily functioning can effect mentful |
| ...Walking; Lifting; ...Mobility | Describe: ...fully maintaining work life results - social withdrawal and isolation - this organization can make difficulty challeng |
| ...ing Dance; Personal Medical ...Other Medical | Describe: N/A |
| ...Neurodiverse; ...prehension; Communication; ...Neurodiverse | Describe: N/A |
| ...ory, perception, expression; and/ ...Social Setting / Interactions; ...Sensory or Other Triggers; | Describe: Cognitive process can effect concentration attention span and information processing and additional break time will allow taking to mentally re-set organize thoughts |
| | Describe: and return to tasks with better focuss and clarity |

...Limitations
...job-related restrictions/limitations (e.g. cannot stand for more than X hours, distracted by noisy ...ment). Explain specifically how the restrictions/limitations impact the employee's ability to ...otherwise meet job-related requirements.

| Impact to Job Duties/Requirements |
|---|
| Impact to performing job duties or meet job-related requirements: Cognitive symptoms - Memory and processing |

...gestion/Other Information
...dation process considers the employee's condition, job duties, and business needs. Please ...specific suggestions for an accommodation or any other information to help us in evaluating ...for this employee.

...special rules apply to conditions related to pregnancy and childbirth. Such conditions include (but are not ...loss, pregnancy-related and post-partum depression, menstruation, edema, morning sickness, pregnancy-related ...infertility treatment.

*Return completed form to Amazon (DLS).*
...upload to MyHR - Accommodations. Providers: fax to 1-855-579-1799.

Rev 01/10/202

...ormats (e.g., screen reader software, enlarged monitor, speech to text software, push ...uter or mouse).

...y job coach, or other individualized support

### ...ny/Other Information - Continued:
...l/Schedule

Provide details: (e.g. between 6AM-3PM PST; or Unable to work overnight etc.)

Provide details: (e.g. no more than 36 hours of work each week)

Provide details:

Provide details:

Provide frequency and duration:
(e.g. 2 additional breaks each day; each break lasting up to 15 minutes)
additional break(s) each shift with each break lasting up to _ minutes.

Provide frequency and duration:
(e.g. 2 absences each month with each absence lasting up to 2 days)
absence(s) each [ ] week, [ ] month, [ ] year with each absence lasting up to _
[ ] hour(s) or [ ] day(s)

Provide details:

| Maximum Time in Hours Per Shift | Maximum Weight |
|---|---|
| Describe specifics below: | Describe specifics below: |
| Lift/Carry: Push/Pull: | Lift/Carry: Push/Pull: |
| Hours _Hours | [ ] Up to 5 pounds [ ] Up to 5 pounds |
| Hours _Hours | [ ] Up to 15 pounds [ ] Up to 15 pounds |
| Hours _Hours | [ ] Up to 25 pounds [ ] Up to 25 pounds |
| Hours _Hours | Other: |
| Maximum time, if applicable | Describe Limitation below: |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Return completed form to Amazon (DLS).
Employees: upload to MyHR - Accommodations. Providers: fax to 1-855-579-1799.

Rev 01/10/2025

| | Describe: | *Can be challenging to client* |
| (ill, etc.) | Describe: | |
| | Describe: | *client can feel uncomfortable* |
| | Describe: | |

### Other Information - Continued

| | Describe: |
| | Describe: |
| | Describe: |

(work location or workstation set up)

of the employee's restrictions/limitations. Please select if the restrictions are
duration:

Start Date: __/__/__ to End Date: __/__/__

date with reasonable degree of certainty.
please identify an end date no later than 6 months from now, when you may have
about the duration of the employee's restrictions/limitations:
Start Date: __/__/__ to End Date: __/__/__

Signature and Contact Information
information/signature here or complete the information below.

LMHC Specialty: *Mental Health*  *Malika Bouajaj LMHC*
*REST SUITE 602 BOSTON MA 02110*

Evaluation: __/__/__

Return completed form to Amazon (DLS)
upload to MyHR - Accommodations. Providers, fax to 1-855-370-1799.

Rev 01/10/2025

## AFFIRMATION OF SERVICE

I, Karim Assaf, do hereby certify that a copy of the foregoing pleading has been served on the Respondent via electronic mail this 9th day of September 2025, to:


Amazon
amazon-pr@amazon.com
LGA9-hr@amazon.com

/s/ Karim Assaf
Karim Assaf